No. 331. LINDSAY RUSSELL, TRUSTEE, APPELLANT, *v.* WALTER BAMFORD AND LOUIS F. BRAUM.   Appeal from the United States Circuit Court of Appeals for the Second Circuit.   July 12, 1912.   Dismissed pursuant to the 28th

Rule. *Mr. Daniel P. Hays* for the appellant. *Mr. Dix W. Noel* for the appellees.